WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Defendant, Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARTER SULLIVAN,<br><br>           Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; INNOVIS DATA SOLUTIONS, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC; WASHINGTON FEDERAL, INC.; and SALLIE MAE,<br><br>           Defendants. | Case No.:   2:24-cv-02356-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED between Plaintiff Carter Sullivan ("Plaintiff") and Defendant Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae" ("SMB") (collectively the "Parties"), by and through their undersigned counsel of record, as follows:

1. On December 17, 2024, Plaintiff filed a Complaint against SMB [ECF No. 1].
2. On January 6, 2025, SMB was served with a copy of the Summons and Complaint.
3. The deadline for SMB to respond to the Complaint is January 27, 2025.
4. To allow SMB to further evaluate the claims, the Parties agree to extend the deadline for SMB to answer, move or otherwise respond to the Complaint up to and including February 14, 2025.

7274070v.5

5. This is the Parties' first request for extension, and it is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| FREEDOM LAW FIRM | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| /s/ Gerardo Avalos | /s/ Robert A. Riether |
| George Haines, Esq. | Robert A. Riether, Esq. |
| Nevada Bar No. 9411 | Nevada Bar No. 12076 |
| Gerardo Avalos, Esq. | 7785 W. Sahara Ave., Suite 200 |
| Nevada Bar No. 15171 | Las Vegas, Nevada 89117 |
| 8985 S. Eastern Avenue, Suite 100 | *Attorney for Defendant Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae"* |
| Las Vegas, Nevada 89123 | |
| *Attorney for Plaintiff Carter Sullivan* | |

**IT IS SO ORDERED**

**DATED:** 4:40 pm, January 27, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

7274070v.5