WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Defendant, Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARTER SULLIVAN,<br><br>       Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; INNOVIS DATA SOLUTIONS, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC; WASHINGTON FEDERAL, INC.; and SALLIE MAE,<br><br>       Defendants. | Case No.:   2:24-cv-02356-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND SALLIE MAE BANK'S TIME TO FILE REPLY BRIEF**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED between Plaintiff Carter Sullivan ("Plaintiff") and Defendant Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae" ("SMB") (collectively the "Parties"), by and through their undersigned counsel of record, as follows:

1. On February 13, 2025, SMB filed a motion to dismiss the Complaint. [ECF No. 20].

2. On February 27, 2025, Plaintiff filed his response to SMB's motion to dismiss. [ECF No. 24].

3. The deadline for SMB to file a reply brief is March 6, 2025.

4. To allow SMB time to respond, the Parties agree to extend the deadline for SMB to file a reply brief up to and including March 13, 2025.

5.  This is the Parties' first request to extend SMB's deadline to file a reply brief, and it is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| FREEDOM LAW FIRM | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| */s/ Gerardo Avalos* | */s/ Robert A. Riether* |
| George Haines, Esq. | Robert A. Riether, Esq. |
| Nevada Bar No. 9411 | Nevada Bar No. 12076 |
| Gerardo Avalos, Esq. | 7785 W. Sahara Ave., Suite 200 |
| Nevada Bar No. 15171 | Las Vegas, Nevada 89117 |
| 8985 S. Eastern Avenue, Suite 100 | *Attorney for Defendant Sallie Mae Bank,* |
| Las Vegas, Nevada 89123 | *incorrectly identified in Plaintiff's Complaint as* |
| *Attorney for Plaintiff Carter Sullivan* | *"Sallie Mae"* |

**ORDER**

**IT IS SO ORDERED** March 17, 2025.

_____
UNITED STATES DISTRICT JUDGE